IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 





NO. 3-92-269-CR





JOHN WALKER ODEN,


 

 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY



NO. 361,023, HONORABLE STEVE RUSSELL, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for assault with bodily injury. Punishment was
assessed at ninety days and a fine of $1,000 probated for one year.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b).


[Before Justices Powers, Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: October 14, 1992

[Do Not Publish]